NUMBER 13-99-518-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


DON R. COUPER
, Appellant,


v.



SYNAGRO TECHNOLOGIES, INC.
, Appellee.

____________________________________________________________________


On appeal from the 129th District Court


of Harris County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Chavez, and Rodriguez


Opinion Per Curiam


 Appellant, DON R. COUPER, perfected an appeal from a judgment
entered by the 129th District Court of Harris County, Texas, in cause
number 9800669. After the record and briefs were filed and after the
cause was submitted to the Court, appellant filed a motion to dismiss
the appeal. In the motion, appellant states that this case has been
resolved and appellant no longer wishes to prosecute this appeal. 
Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 10TH day of August, 2000.